OPINION — AG — ** CRIMINAL CASE — BAIL ** THE COURTS ARE 'NOT' AUTHORIZED TO SET BAIL IN TWO AMOUNTS WITH THE AMOUNT OF THE REQUIRED CORPORATE SURETY OR PROPERTY BOND BEING TWICE THE AMOUNT OF THE REQUIRED CASH BOND. (BAIL, BOND, PRISONER, COURTS) CITE: 59 O.S. 1323 [59-1323], 22 O.S. 1106 [22-1106], 59 O.S. 1301 [59-1301], 22 O.S. 1101 [22-1101] [22-1101] (MICHAEL JACKSON)